# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HUMBERTO MAGANA ARIAS, | ) | |
| | ) | |
| Defendant. | ) | |

Pro-se defendant, Humberto Magana Arias, has again filed a request for production of documents as an indigent pro-se defendant [Docket No. 252]. The government has filed an opposition [Docket No. 254].

In this court's order of February 3, 2011 [Docket No. 251], the court denied a similar request by the defendant for the production of documents without prejudice to renew should he file a habeas corpus petition. The defendant has failed to do so.

In his current motion, the defendant has again failed to demonstrate to the court that he was not previously provided with

1

the requested materials.  Accordingly, and for the reasons set forth in this court's February 3, 2011 order, the defendant's request for production of documents [Docket No. 252] is DENIED.

**IT IS SO ORDERED.**

DATED: This 5th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE