**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ROBERTO CARLOS RANGEL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion pursuant to 18 U.S.C. § 3582(c)(2) (#258). Section 3582(c)(2) allows the court to reduce a defendant's term of imprisonment where the defendant "has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." However, defendant's sentencing range has not been altered by the Sentencing Commission since the time he was sentenced, nor has he argued as much. Rather, in substance, defendant's motion appears to be a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Defendant is therefore ordered to advise the

court on or before April 14, 2014, whether the court should construe his motion as a motion pursuant to 28 U.S.C. § 2255. Defendant is advised that once he has filed one § 2255 motion, second or successive § 2255 motions are permitted only with the permission of the Court of Appeals. *See* 28 U.S.C. § 2255(h).

IT IS SO ORDERED.

DATED: This 12th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE